IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>           Defendant. | 4:15CV3036<br><br>**FILED UNDER SEAL** |

### ORDER GRANTING UNITED STATES' *EX PARTE* MOTION TO SEAL PROCEEDINGS

Upon consideration of the United States of America's *Ex Parte* Motion to Seal these Proceedings, the Court, having reviewed the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Seal these Proceedings is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that these proceedings shall be sealed until service of process is perfected on Defendant. However, before the case is unsealed, the United States may serve the Temporary Restraining Order on any financial institution or other persons or entities that it deems necessary to implement the terms of the Order, and may serve the Defendant with any and all filings in this case. The United States shall then promptly file a return of service with the Court, at which time the Clerk of Court is directed to unseal this matter in its entirety.

ORDERED this 31st day of March, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge