IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>                Defendant. | 4:15CV3036<br><br>**ORDER** |

In the companion criminal case, <u>USA v. Scott T. Tran</u>, 4:15-cr-03037, the defendant was released on conditions pending trial. As a condition of that release, he was required to surrender his passport to pretrial services. The defendant represented that the passport is currently located in safe deposit box 93903, at the First National Bank, 114th and Dodge, Omaha, Nebraska. Access to that box was restrained by court order in the above-captioned case. To accommodate the defendant's release pending trial,

    IT IS ORDERED:

    1)    Provided she is accompanied by a law enforcement officer, Judith Tran is permitted to access safe deposit box 93903, at the First National Bank, 114th and Dodge, Omaha, Nebraska for the purpose of obtaining the defendant's passport and providing it to the accompanying law enforcement officer. The officer shall then deliver the passport to this court's pretrial services office.

    2)    If the passport is not in the safe deposit box, the accompanying law enforcement officer shall immediately advise the US Attorney and the Pretrial Services Office.

    3)    While at the bank and in Ms. Tran's presence, the accompanying law enforcement officer(s) is permitted to conduct an inventory of the contents within the safe deposit box.

    May 20, 2015.

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge