IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>        Defendant. | 4:15CV3036<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit John S. Berry , Jr. to withdraw as counsel on behalf of Scott T. Tran, (filing no. 15), is granted.

May 21, 2015.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge