IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>                    Defendant. | 4:15-CV-3036<br><br>ORDER |

This matter is before the Court on the parties' Joint Stipulation for Amendment to Order and Preliminary Injunction (filing 19). The parties have informed the Court that the Wells Fargo bank account (ending in digits 7755) described in paragraph 4 of the Court's Order and Preliminary Injunction of April 28, 2015 (filing 14) has been closed. The parties wish to substitute an account with Pinnacle Bank, and have agreed to modify the terms of paragraph 4 of the Court's Order and Preliminary Injunction. *See* filing 19. The Court will accept the parties' stipulation and the Court's previous Order and Preliminary Injunction will be modified accordingly. For the sake of clarity, the Court will separately issue an amended Order and Preliminary Injunction containing these changes. Accordingly,

IT IS ORDERED:

1. The Court accepts the parties' Joint Stipulation for Amendment to Order and Preliminary Injunction (filing 19).

2. An amended Order and Preliminary Injunction will be filed separately.

Dated this 1st day of June, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge