IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>            Defendant. | 4:15-CV-3036<br><br>ORDER TO SHOW CAUSE |

    This matter is before the Court on its own motion, upon disposition of the pending forfeiture issues in the associated criminal case of *United States v. Tran*, No. 4:15-CR-3037. It appears to the Court, based on the resolution of criminal proceedings against the defendant, that the relief sought in this civil proceeding is now moot. Accordingly, the Court will direct the parties to show cause why this case should not be dismissed.

    IT IS ORDERED:

1. The parties shall show cause, on or before March 31, 2017, why this case should not be dismissed.

2. In the absence of such showing, judgment will be entered without further notice.

Dated this 17th day of March, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge